IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL FOLEY, et al., : | |
| Plaintiffs, : | CIVIL NO. 07-1002 |
| vs. : | |
| NATIONAL NAVIGATION COMPANY, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 14th day of July, 2009, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 24] and Plaintiffs' Reply [Doc. No. 25] it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**. All claims against Defendant arising under the Longshore and Harbor Workers' Compensation Act are **DISMISSED**.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*Cynthia M. Rufe*

CYNTHIA M. RUFE, J.